UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GRACE ALBANESE,<br><br>                Plaintiff,<br>    v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>                Defendant. | Case No. 2:17-cv-01903-MMD-GWF<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE GEORGE FOLEY, JR. |

Before the Court is the Report and Recommendation of United States Magistrate Judge George Foley, Jr. (ECF No. 3) ("R&R") relating to Plaintiff's Complaint (ECF No. 1-1) and application to proceed *in forma pauperis* (ECF No. 1). Plaintiff was allowed until January 24, 2018, to file an objection. No objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no

objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Foley's R&R. The Magistrate Judge recommends dismissing this case with prejudice because it is duplicative and frivolous, and because Plaintiff has been declared a vexation litigant who can no longer file a new complaint, petition, or other action in this Court without first obtaining leave from the Chief Judge of this Court. (ECF No. 3 at 3, 6.) Upon reviewing the R&R and the filings in this case, this Court finds good cause to adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge George Foley, Jr. (ECF No. 3) is accepted and adopted in its entirety.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied.

It is further ordered that Plaintiff's Complaint (ECF No. 1) is dismissed with prejudice.

It is further ordered that the Clerk of Court is instructed to close this case and enter judgment accordingly.

DATED THIS 24th day of July 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE